# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CRAIG COATES, MOLLY WARRINGTON**            **PLAINTIFFS**
**and EDWIN SMITH, Each Individually and**
**on Behalf of All Others Similarly Situated**

**V.**            **NO. 4:17-CV-00372-JLH**

**DASSAULT FALCON JET CORP.**            **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE
## FOR PLAINTIFF DENNIS CAMPBELL

Plaintiff, Dennis Campbell, by and through his counsel, Sanford Law Firm, PLLC, and Defendant, Dassault Falcon Jet Corp., by and through its counsel, Cox, Sterling, McClure & Vandiver, PLLC, have notified the Court that the parties have fully resolved all of Mr. Campbell's claims in this case, which this Court approves. Therefore, any and all claims asserted by Mr. Campbell in this case are hereby dismissed with prejudice and he is terminated as a party in this case. The Court will retain jurisdiction to enforce the settlement if necessary.

IT IS SO ORDERED this 22nd day of January, 2019.

_____
U.S. DISTRICT COURT JUDGE