IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CRAIG COATES and EDWIN SMITH,**             **PLAINTIFFS**
Each Individually and on Behalf of All
Others Similarly Situated

V.                          NO. 4:17-CV-372-JLH

**DASSAULT FALCON JET CORP.**                  **DEFENDANT**

**CONSENT JUDGMENT**

Having reviewed the Parties' Joint Stipulation for Entry of Consent Judgment (ECF No. 144), the Parties' Supplement to Joint Stipulation for Consent Judgment (ECF No. 145), Defendant's Stipulated Trial Exhibits (ECF No. 149), Defendant's Notice Regarding Good Faith Defense (ECF No. 150), Plaintiffs' Response to Defendant's Notice Regarding Good Faith Defense (ECF No. 151), and the remainder of the record in this matter, the Court hereby enters the following final judgment:

1. This Court previously granted partial summary judgment in favor of Plaintiffs, holding that Defendant did not pay a finally certified collective of Team Leaders and Production Liaisons on a salary basis, and thus finding that Plaintiffs were not exempt from overtime wage protections under the Fair Labor Standards Act or the Arkansas Minimum Wage Act and that Defendant owed an overtime premium to each Plaintiff and opt-in Plaintiff for all hours worked beyond forty (40) in each workweek. (ECF Nos. 117, 131). These rulings were, as a practical matter, case-dispositive, and by agreeing to this judgment, Defendant is not agreeing to the substance of the Court's salary-basis rulings, but instead is merely consenting to the Court putting these rulings and others into final, appealable form.

2. The two-year statute of limitations applies to all opt-in Plaintiffs' claims, while the three-year statute of limitations applies under the Arkansas Minimum Wage Act for Craig Coates and Edwin Smith. The two-year statute of limitations for all opt-in Plaintiffs' claims will be tolled by twenty-eight (28) days pursuant to the tolling agreements agreed to by the Parties in ECF Nos. 6 and 8.

3. The Parties have stipulated to the accuracy and correctness of the payroll records that Defendant produced during discovery and which have been entered into the record as stipulated trial exhibits, and these payroll records demonstrate the amount of hours that each employee worked each week during the relevant time period, as well as the amount of wages received.

4. The Court hereby finds that, based on the above statutes of limitations and the payroll records previously stipulated to by the Parties, that Plaintiffs and opt-in Plaintiffs are hereby owed the following compensatory damages:

| Plaintiff | Compensatory Damages |
|---|---|
| Robert Anderson | $20,484.84 |
| Juhl Baker | $10,091.67 |
| Ronda Bell | $8.08 |
| Gerald Billingslea | $4,062.36 |
| Tammy Billingsley | $31,250.54 |
| Jorge Bonilla | $3,061.22 |
| Craig Coates | $39,706.66 |
| James Davis | $0.00 |
| Daniel Drennon | $3,515.36 |
| Carthel Gaylor | $10,082.00 |
| James Hebert | $579.63 |
| Caressa Hill | $748.19 |
| David Lewis | $14,644.79 |
| Edwin Smith | $1,678.72 |
| Kenneth Smith | $7,451.27 |
| Michael Stearns | $117.56 |
| Kenneth Stump | $0.00 |

| David Warrington | $19,895.02 |
|---|---|
| **TOTAL:** | $167,377.91 |

5. Considering the Defendant's withdrawal of their good faith defense and Plaintiffs' Response thereto, the Court hereby awards liquidated damages in the amount of $167,377.91.

6. Plaintiffs are hereby directed to file their petition for fees and costs by April 12.

7. This judgment is final and appealable.

8. By consenting to the form of this judgment, Defendant has not waived its appellate rights. Defendant is entitled to appeal the Court's rulings including but not limited to that Defendant did not pay its Team Leaders and Production Liaisons on a salary basis and thus Plaintiffs were not exempt from overtime wage protections under the Fair Labor Standards Act or the Arkansas Minimum Wage Act, and that Defendant owed an overtime premium to each Plaintiff and opt-in for all hours worked beyond forty (40) in each workweek.

IT IS SO ORDERED this 9th day of April, 2019.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

Prepared by:

Daniel Ford, Esq.
**SANFORD LAW FIRM**
650 S. Shackleford, Suite 411
Little Rock, AR  72211
Telephone:  (501) 221-0088
daniel@sanfordlawfirm.com
*Attorney for Plaintiffs*

Approved as to form:

*/s/ John B. Brown*
John B. Brown, Esq.
**OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C.**
8117 Preston Road, Suite 500
Dallas, TX  75225
Telephone:  (214) 987-3800
john.brown@ogletreedeakins.com
*Attorneys for Defendant*