# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CRAIG COATES, individually and on behalf                                          PLAINTIFFS
of all others similarly situated, et al.

v.                                       No. 4:17CV00372 JLH

DASSAULT FALCON JET CORPORATION                                                   DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the plaintiffs against Dassault Falcon Jet Corporation for attorneys' fees and costs in the total amount of $151,785.08, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 8th day of May, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE