# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-2167
_____

Craig Coates, Individually and on behalf of Others Similarly Situated; Molly Warrington, Individually and on Behalf of All Others Similarly Situated; Edwin Smith, Individually and on behalf of all others similarly situated

Plaintiffs - Appellees

v.

Dassault Falcon Jet Corp

Defendant - Appellant

Daussault Aircraft Services Corp

Defendant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:17-cv-00372-JLH)
_____

**JUDGMENT**

Before SMITH, Chief Judge, LOKEN, and GRUENDER, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

June 10, 2020

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans

# Abigail Temple

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Wednesday, June 10, 2020 8:08 AM |
| **Subject:** | 19-2167 Craig Coates, et al v. Dassault Falcon Jet Corp "judgment filed sua sponte Reversed/Remanded" (4:17-cv-00372-JLH) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 06/10/2020

| | |
|---|---|
| **Case Name:** | Craig Coates, et al v. Dassault Falcon Jet Corp |
| **Case Number:** | 19-2167 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** The judgment of the originating court is REVERSED and REMANDED in accordance with the opinion LAVENSKI R. SMITH, JAMES B. LOKEN and RAYMOND W. GRUENDER Hrg Jan 2020 [4922114] [19-2167] (Catherine Dolan)

**Notice will be electronically mailed to:**

Mr. John Bridges Brown: john.brown@ogletree.com, ruthann.skipper@ogletree.com
Mr. Jeremy William Hays: jeremy.hays@ogletree.com, ruthann.skipper@ogletree.com, daldocketing@ogletree.com, barbara.denny@ogletree.com
Mr. Gavin Samuel Martinson: gavin.martinson@ogletreedeakins.com, sandra.patrick@ogletreedeakins.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Josh Sanford: josh@sanfordlawfirm.com, tracy@sanfordlawfirm.com, ecfnotices@sanfordlawfirm.com
Mr. Brian A. Vandiver: bavandiver@csmfirm.com, gpwhitsett@csmfirm.com, djbotteicher@csmfirm.com

The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:** /opt/ACECF/live/forms/CathyDolan_192167_4922114_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=06/10/2020] [FileNumber=4922114-0]
[47ca76a9a7e2a0e865dd6c40ed899fd399f7a731c5d72609da5a508772b04d1dd82c4dfa136f764f63d52519a25cd3e4f54cbc54a0cb161c64e4d99a4fc43540]]
**Recipients:**

- Mr. John Bridges Brown

1

- [Mr. Jeremy William Hays](#)
- [Mr. Gavin Samuel Martinson](#)
- [Mr. Jim McCormack, Clerk of Court](#)
- [Mr. Josh Sanford](#)
- [Mr. Brian A. Vandiver](#)

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4922114
**RELIEF(S) DOCKETED:**
  Reversed/Remanded
**DOCKET PART(S) ADDED:** 6549241, 6549242, 6549243