IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRAIG COATES, Individually**     **PLAINTIFFS**
**and on behalf of**
**others similarly situated,** *et al.*

**v.**     **CASE NO. 4:17-CV-00372-BSM**

**DASSAULT FALCON JET CORP.**     **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE